IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GUENEVERE PERRY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:14-CV-2667-RWS |
| GEORGIA STATE UNIVERSITY, | : |
| Defendant. | : |

## ORDER

This matter is before the Court on Plaintiff's Motion to Reopen Case [Doc. No. 4] and Motion to Change Venue [Doc. No. 6].

Pursuant to Federal Rule of Civil Procedure 60(c)(1), motions for relief from judgment must be brought no more than one year after the entry of judgment or order. Plaintiff filed a Voluntary Dismissal of this action on August 27, 2014, and it has been closed since August 28, 2014. If Plaintiff wishes to file a new civil action, she is welcome to do so. Plaintiff's Motion to Reopen [Doc. No. 4] is DENIED, and her Motion to Change Venue [Doc. No. 6] is DENIED as moot.

**SO ORDERED**, this 17th day of January, 2017.

RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)